EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
Telephone: (415) 977-8935 Facsimile; (415) 744-0134
Email: jean.turk@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE KIRCHER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No.  16-cv-05856 FFM<br><br>[~~PROPOS~~ED] JUDGEMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATED: 12-23-16

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE