JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KATHERINE KIRCHER ) )<br>  ) <br>Plaintiff, )<br>  ) <br>vs. )<br>  ) <br>NANCY A. BERRYHILL[1], )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY )<br>  ) <br>Defendant ) | CASE NO. CV 16-cv-5856 FFM<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $1,050.00, subject to the terms of the stipulation.

Dated: February 27, 2017

                                            ___/S/   FREDERICK F. MUMM_____
                                                 FREDERICK F. MUMM
                                                 U.S. Magistrate Judge

_____

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).